# APPENDIX 1

Each line below is deemed an allegation, incorporating the allegations, language, and references within the Saudi Arabia Short Form Complaint to which this Appendix 1 is appended and shall be referenced as Allegation 1 of Appendix 1 to the Saudi Arabia Short Form Complaint, Allegation 2 of Appendix 1 to the Saudi Arabia Short Form Complaint, etc.

|   | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent | 9/11 Decedent's Citizenship/Nationality on 9/11/2001 | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|
| 1 | Brill, Michael | NY | USA | N/A | N/A | N/A | Personal Injury |
| 2 | Briordy, Dennis | NY | USA | N/A | N/A | N/A | Personal Injury |
| 3 | Brofsky, Jordan | NY | USA | N/A | N/A | N/A | Personal Injury |
| 4 | Brown, Thomas | NY | USA | N/A | N/A | N/A | Personal Injury |
| 5 | Browne, Kerry | NY | USA | N/A | N/A | N/A | Personal Injury |
| 6 | Browne, Nekeisha | NY | USA | N/A | N/A | N/A | Personal Injury |
| 7 | Bruce, Richard | NY | USA | N/A | N/A | N/A | Personal Injury |
| 8 | Bruendl, James | NY | USA | N/A | N/A | N/A | Personal Injury |
| 9 | Bruno, Adam | NY | USA | N/A | N/A | N/A | Personal Injury |
| 10 | Buckel, Martin | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 11 | Buddin, Edward | NY | USA | N/A | N/A | N/A | Personal Injury |
| 12 | Bumbalo, Frank | NY | USA | N/A | N/A | N/A | Personal Injury |
| 13 | Burch, Ralph | NY | USA | N/A | N/A | N/A | Personal Injury |
| 14 | Burke, Thomas | NY | USA | N/A | N/A | N/A | Personal Injury |
| 15 | Burkes, Jeffrey | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 16 | Burkhardt, John | GA | USA | N/A | N/A | N/A | Personal Injury |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 17 | Burnicke, William | NY | USA | N/A | N/A | N/A | Personal Injury |
| 18 | Burton, Scott | NY | USA | N/A | N/A | N/A | Personal Injury |
| 19 | Bush, Joann | NY | USA | N/A | N/A | N/A | Personal Injury |
| 20 | Byrne, John | NY | USA | N/A | N/A | N/A | Personal Injury |
| 21 | Byrne, Thomas | PA | USA | N/A | N/A | N/A | Personal Injury |
| 22 | Cabonillas, Jeffrey | NY | USA | N/A | N/A | N/A | Personal Injury |
| 23 | Caccavale, Marie | NY | USA | N/A | N/A | N/A | Personal Injury |
| 24 | Calemine, Danny | NY | USA | N/A | N/A | N/A | Personal Injury |
| 25 | Callender, Dale | NY | USA | N/A | N/A | N/A | Personal Injury |
| 26 | Calma, Anthony | NY | USA | N/A | N/A | N/A | Personal Injury |
| 27 | Caluori, John | NY | USA | N/A | N/A | N/A | Personal Injury |
| 28 | Calvano, Danielle | NY | USA | N/A | N/A | N/A | Personal Injury |
| 29 | Cameron, Paul | NY | USA | N/A | N/A | N/A | Personal Injury |
| 30 | Campbell-Gardner, Tammie | NY | USA | N/A | N/A | N/A | Personal Injury |
| 31 | Cancel, Geovannia | NY | USA | N/A | N/A | N/A | Personal Injury |
| 32 | Cantasano, Victoria | NY | USA | N/A | N/A | N/A | Personal Injury |
| 33 | Canty, Patrick | NY | USA | N/A | N/A | N/A | Personal Injury |
| 34 | Caplan, Clive | NH | USA | N/A | N/A | N/A | Personal Injury |
| 35 | Capoziello, Robert | NY | USA | N/A | N/A | N/A | Personal Injury |
| 36 | Caraballo, Yvette | NY | USA | N/A | N/A | N/A | Personal Injury |
| 37 | Carbonell, Frank | NY | USA | N/A | N/A | N/A | Personal Injury |
| 38 | Cardona, Jessica | CA | USA | N/A | N/A | N/A | Personal Injury |
| 39 | Carena, Alan | NY | USA | N/A | N/A | N/A | Personal Injury |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 40 | Carlton, Kevin | NY | USA | N/A | N/A | N/A | Personal Injury |
| 41 | Carpender, Scott | NY | USA | N/A | N/A | N/A | Personal Injury |
| 42 | Carr, Timothy | NY | USA | N/A | N/A | N/A | Personal Injury |
| 43 | Carrubba, Luigi | NY | USA | N/A | N/A | N/A | Personal Injury |
| 44 | Cartagena, Guillermo | NY | USA | N/A | N/A | N/A | Personal Injury |
| 45 | Cartagena, Haydee | NY | USA | N/A | N/A | N/A | Personal Injury |
| 46 | Casazza, Robert | NY | USA | N/A | N/A | N/A | Personal Injury |
| 47 | Casey, John | NY | USA | N/A | N/A | N/A | Personal Injury |
| 48 | Cashin, John | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 49 | Casper, Scott | NY | USA | N/A | N/A | N/A | Personal Injury |
| 50 | Cassin, Robert | NY | USA | N/A | N/A | N/A | Personal Injury |
| 51 | Castillo, Victor | NY | USA | N/A | N/A | N/A | Personal Injury |
| 52 | Caughey, William | NY | USA | N/A | N/A | N/A | Personal Injury |
| 53 | Cavuto, James | NY | USA | N/A | N/A | N/A | Personal Injury |
| 54 | Cellario-Mancini, Maria | NY | USA | N/A | N/A | N/A | Personal Injury |
| 55 | Celona, Angelo | NY | USA | N/A | N/A | N/A | Personal Injury |
| 56 | Celona, Lawrence | NY | USA | N/A | N/A | N/A | Personal Injury |
| 57 | Cerabone, Christine | NY | USA | N/A | N/A | N/A | Personal Injury |
| 58 | Cerezo, Marjorie | NY | USA | N/A | N/A | N/A | Personal Injury |
| 59 | Cesario, Frank | NY | USA | N/A | N/A | N/A | Personal Injury |
| 60 | Cestaro, Maria | NY | USA | N/A | N/A | N/A | Personal Injury |
| 61 | Charlson, Shawn | NY | USA | N/A | N/A | N/A | Personal Injury |
| 62 | Chernjawski, Nicholas | NY | USA | N/A | N/A | N/A | Personal Injury |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 63 | Chess, Antoyne | NY | USA | N/A | N/A | N/A | Personal Injury |
| 64 | Chiaia, Nicholas | NY | USA | N/A | N/A | N/A | Personal Injury |
| 65 | Chiappetta, Louis | NY | USA | N/A | N/A | N/A | Personal Injury |
| 66 | Chiarello, Vincent | NY | USA | N/A | N/A | N/A | Personal Injury |
| 67 | Chittenden, Timothy | NY | USA | N/A | N/A | N/A | Personal Injury |
| 68 | Choriatis, Stavroula | NY | USA | N/A | N/A | N/A | Personal Injury |
| 69 | Chowdhury, Tarakur | NY | USA | N/A | N/A | N/A | Personal Injury |
| 70 | Cifuni, Jayne | NY | USA | N/A | N/A | N/A | Personal Injury |
| 71 | Cioffi, Pasquale | NY | USA | N/A | N/A | N/A | Personal Injury |
| 72 | Civitello, Frank | NY | USA | N/A | N/A | N/A | Personal Injury |
| 73 | Clancy, Kenneth | CT | USA | N/A | N/A | N/A | Personal Injury |
| 74 | Clark, Michael | NY | USA | N/A | N/A | N/A | Personal Injury |
| 75 | Clark, William | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 76 | Clark, William E. | NY | USA | N/A | N/A | N/A | Personal Injury |
| 77 | Clayton, Cynthia | NY | USA | N/A | N/A | N/A | Personal Injury |
| 78 | Clemenza, Robert | NY | USA | N/A | N/A | N/A | Personal Injury |
| 79 | Codd, George | NY | USA | N/A | N/A | N/A | Personal Injury |
| 80 | Cogdell, Kelly | NY | USA | N/A | N/A | N/A | Personal Injury |
| 81 | Collado, Sofia | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 82 | Collins, Mark | NY | USA | N/A | N/A | N/A | Personal Injury |
| 83 | Colon, John | FL | USA | N/A | N/A | N/A | Personal Injury |
| 84 | Colton, Edwin | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 85 | Conforti, Thomas | NY | USA | N/A | N/A | N/A | Personal Injury |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 86 | Connors, William | NY | USA | N/A | N/A | N/A | Personal Injury |
| 87 | Conroy, Angelica | NY | USA | N/A | N/A | N/A | Personal Injury |
| 88 | Contento, John | NY | USA | N/A | N/A | N/A | Personal Injury |
| 89 | Cook, Herbert | NY | USA | N/A | N/A | N/A | Personal Injury |
| 90 | Corbett, John | NY | USA | N/A | N/A | N/A | Personal Injury |
| 91 | Cordero, Edwin | NY | USA | N/A | N/A | N/A | Personal Injury |
| 92 | Corrar, John | NY | USA | N/A | N/A | N/A | Personal Injury |
| 93 | Corsa, John | NY | USA | N/A | N/A | N/A | Personal Injury |
| 94 | Cosentino, James | NY | USA | N/A | N/A | N/A | Personal Injury |
| 95 | Costello, John | NY | USA | N/A | N/A | N/A | Personal Injury |
| 96 | Cota, Kathleen | NY | USA | N/A | N/A | N/A | Personal Injury |
| 97 | Cota, Ronald | NY | USA | N/A | N/A | N/A | Personal Injury |
| 98 | Courtney, Paul | NY | USA | N/A | N/A | N/A | Personal Injury |
| 99 | Covatti, Christopher | NY | USA | N/A | N/A | N/A | Personal Injury |
| 100 | Cowan, Damyn | NY | USA | N/A | N/A | N/A | Personal Injury |